Case 14-12620   Filed 05/19/14   Doc 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
    **Angela Kay Harrington** )
)
) Case No.
)
)
                  Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:    May 19, 2014                           /s/ Angela Kay Harrington
                                                                                      Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

**Modesto Division**
1200 I Street, Suite 4
Modesto, CA 95354

EDC 2-100   (Rev. 10/1/13)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Angela Kay Harrington

Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America
CA7-701-03-89
PO Box 2284
Brea, CA 92822-2284

Chase
PO Box 78420
Phoenix, AZ 85062

Edward J Kennedy, Jr & Leslie P Kennedy
31600 Watts Valley Rd
Tollhouse, CA 93667

Felger & Associates
726 W Barstow Ave., Ste. 106
Fresno, CA 93704

First California Federal Cedit Union
2525 E Shields Ave.
Fresno, CA 93726

Legal Recovery Law Offices Inc.
5030 Camino de la Siesta Ste. 340
San Diego, CA 92108

Michael R Harrington, Deceased
29998 Watts Valley Rd #1X
Tollhouse, CA 93667

Randolf Krbechek
9477 N Fort Washington Rd
Ste. 104
Fresno, CA 93730

The National Collection Agency
Fred Keeperman
1620 School St., Ste. 107
Moraga, CA 94556